# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **STACY GREEN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:17-CV-1453-VEH |
| | ) |
| **NAVIENT SOLUTIONS, LLC,** | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER

This case comes before the Court on Defendant Navient Solutions, LLC,'s Motion for Summary Judgment (doc. 30) (the "Motion") filed on August 28, 2018. For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 29th day of November, 2018.

*/s/ Virginia Emerson Hopkins*

**VIRGINIA EMERSON HOPKINS**
Senior United States District Judge